**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6266**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LARRY DONNELL ANDREWS,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CR-
87-546-HAR, CA-98-1780-CCB)

———————

Submitted:  September 21, 2000      Decided:  September 27, 2000

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Stephen Z. Meehan, David Craig Wright, WRIGHT & MEEHAN, Ches-
tertown, Maryland; Joseph Bernard Tetrault, WRIGHT & MEEHAN, Balti-
more, Maryland, for Appellant.  James Webster, OFFICE OF THE UNITED
STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Donnell Andrews seeks to appeal the district court's orders granting in part and denying in part his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and denying his motion to alter or amend judgment under Fed. R. Civ. P. 59(e).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Andrews, Nos. CR-87-546-HAR; CA-98-1780-CCB (D. Md. June 14, 1999 & Feb. 8, 2000).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's orders are marked as filed on June 14, 1999 and February 7, 2000, respectively, the district court's records disclose that the orders were entered on the docket sheet on June 15, 1999 and February 8, 2000.  It is the date the orders were entered on the docket sheet that we take as the effective date of the district court's decision.  See Fed. R. Civ. P. 58 and 79(a); Wilson v. Murray, 806 F.2d 1234-35 (4th Cir. 1986).

2